**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLEN M. DUTRA, as Trustee for the Estate of David Carl Biggs, ) ) | Case No.: 1:14-CV-01304 |
| Plaintiff, ) ) | **ORDER GRANTING STIPULATION TO FILE FIRST AMENDED COMPLAINT** |
| v. ) ) | (Doc. 7) |
| ALLSTATE INSURANCE COMPANY, and DOES 1 through 50, inclusive, ) ) ) | |
| Defendants. ) ) | |

Based upon the stipulation of the parties, the Court **ORDERS**:

1.      The stipulation of the parties allowing Plaintiff to file his first amended complaint is **GRANTED**.  Plaintiff SHALL file his complaint no later than **December 2, 2014**;

2.      Defendant shall file its responsive pleading to the first amended complaint within 30 days of the filing of the first amended complaint.

IT IS SO ORDERED.

Dated:   **November 26, 2014**          _____ **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE