UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN M. DUTRA, as Trustee for the Estate of David Carl Biggs,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 1:14-CV-01304<br><br>**ORDER GRANTING STIPULATION FOR FILING OF AMENDED COMPLAINT**<br><br>Complaint Filed:   August 14, 2014 |

　　　Based upon the stipulation of the parties *(Doc. 16)*, the Court **ORDERS**:

　　　1.　　The stipulation of the parties allowing Plaintiff to file his first amended complaint is **GRANTED**.  Plaintiff SHALL file his complaint no later than **January 5, 2015**;

　　　2.　　Defendant shall file its responsive pleading to the first amended complaint within 30 days of the filing of the first amended complaint.

IT IS SO ORDERED.

Dated:  December 31, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

**[PROPOSED] ORDER GRANTING STIPULATION FOR FILING OF AMENDED COMPLAINT**