UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ALLEN M. DUTRA, as Trustee for the Estate of David Carl Biggs, | NO. CIV. 1:14-1304 WBS JLT |
| Plaintiff, | |
| v. | |
| ALLSTATE INSURANCE COMPANY, and DOES 1 through 50, inclusive, | |
| Defendants. | |

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

After reviewing the parties' Joint Status Report, the court hereby vacates the Status (Pretrial Scheduling) Conference scheduled for February 2, 2015, and makes the following findings and orders without needing to consult with the parties any further.

I.   SERVICE OF PROCESS

All named defendants have been served, and no further

1

1   service is permitted without leave of court, good cause having

2   been shown under Federal Rule of Civil Procedure 16(b).

3                II.   JOINDER OF PARTIES/AMENDMENTS

4          No further joinder of parties or amendments to

5   pleadings will be permitted except with leave of court, good

6   cause having been shown under Federal Rule of Civil Procedure

7   16(b).   See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604

8   (9th Cir. 1992).

9                III. JURISDICTION/VENUE

10         Jurisdiction is predicated upon diversity jurisdiction,

11  28 U.S.C. § 1332, because plaintiff and defendant are citizens of

12  different states and the amount in controversy exceeds $75,000.

13  The court has supplemental jurisdiction over plaintiff's state

14  law claims pursuant to 28 U.S.C. § 1367.  Venue is undisputed and

15  is hereby found to be proper under 28 U.S.C. § 1441(a).

16               IV.   DISCOVERY

17         The parties state they met and conferred and exchanged

18  initial disclosures on October 14, 2014.

19         The parties shall disclose experts and produce reports

20  in accordance with Federal Rule of Civil Procedure 26(a)(2) by no

21  later than June 30, 2015.  With regard to expert testimony

22  intended solely for rebuttal, those experts shall be disclosed

23  and reports produced in accordance with Federal Rule of Civil

24  Procedure 26(a)(2) on or before July 31, 2015.

25         All discovery, including depositions for preservation

26  of testimony, is left open, save and except that it shall be so

27  conducted as to be completed by September 30, 2015.  The word

28  "completed" means that all discovery shall have been conducted so

1    that all depositions have been taken and any disputes relevant to

2    discovery shall have been resolved by appropriate order if

3    necessary and, where discovery has been ordered, the order has

4    been obeyed.  All motions to compel discovery must be noticed on

5    the magistrate judge's calendar in accordance with the local

6    rules of this court and so that such motions may be heard (and

7    any resulting orders obeyed) not later than September 30, 2015.

8              V.   MOTION HEARING SCHEDULE

9          All motions, except motions for continuances, temporary

10   restraining orders, or other emergency applications, shall be

11   filed on or before November 30, 2015.  All motions shall be

12   noticed for the next available hearing date.  Counsel are

13   cautioned to refer to the local rules regarding the requirements

14   for noticing and opposing such motions on the court's regularly

15   scheduled law and motion calendar.

16             VI. FINAL PRETRIAL CONFERENCE

17         The Final Pretrial Conference is set for February 16,

18   2016, at 2:00 p.m. in Courtroom No. 5.  The conference shall be

19   attended by at least one of the attorneys who will conduct the

20   trial for each of the parties and by any unrepresented parties.

21         Counsel for all parties are to be fully prepared for

22   trial at the time of the Pretrial Conference, with no matters

23   remaining to be accomplished except production of witnesses for

24   oral testimony.  Counsel shall file separate pretrial statements,

25   and are referred to Local Rules 281 and 282 relating to the

26   contents of and time for filing those statements.  In addition to

27   those subjects listed in Local Rule 281(b), the parties are to

28   provide the court with: (1) a plain, concise statement which

                                   3

1  identifies every non-discovery motion which has been made to the

2  court, and its resolution; (2) a list of the remaining claims as

3  against each defendant; and (3) the estimated number of trial

4  days.

5       In providing the plain, concise statements of

6  undisputed facts and disputed factual issues contemplated by

7  Local Rule 281(b)(3)-(4), the parties shall emphasize the claims

8  that remain at issue, and any remaining affirmatively pled

9  defenses thereto.  If the case is to be tried to a jury, the

10 parties shall also prepare a succinct statement of the case,

11 which is appropriate for the court to read to the jury.

12      VII.  <u>TRIAL SETTING</u>

13      The jury trial is set for April 19, 2016 at 9:00 a.m.

14 The parties estimate that a jury trial will last ten to fifteen

15 days.

16      VIII.  <u>SETTLEMENT CONFERENCE</u>

17      A Settlement Conference will be set at the time of the

18 Pretrial Conference.  All parties should be prepared to advise

19 the court whether they will stipulate to the trial judge acting

20 as settlement judge and waive disqualification by virtue thereof.

21      Counsel are instructed to have a principal with full

22 settlement authority present at the Settlement Conference or to

23 be fully authorized to settle the matter on any terms.  At least

24 seven calendar days before the Settlement Conference counsel for

25 each party shall submit a confidential Settlement Conference

26 Statement for review by the settlement judge.  If the settlement

27 judge is not the trial judge, the Settlement Conference

28 Statements shall not be filed and will not otherwise be disclosed

4

1  to the trial judge.

2                     IX.   MODIFICATIONS TO SCHEDULING ORDER

3                Any requests to modify the dates or terms of this

4  Scheduling Order, except requests to change the date of the

5  trial, may be heard and decided by the assigned Magistrate Judge.

6  All requests to change the trial date shall be heard and decided

7  only by the undersigned judge.

8  Dated:   January 27, 2015

9

10                                   WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      5