1
2
3
4
5
6
7

8            **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA**

10
| | |
|---|---|
| ALLEN M. DUTRA, as Trustee for the Estate of David Carl Biggs, ) ) ) | Case No.: 1:14-CV-01304 |
| Plaintiffs, ) ) | **[PROPOSED] ORDER EXTENDING TIME TO FILE SETTLEMENT DISPOSITION DOCUMENTS** |
| v. ) ) | Complaint Filed:    August 14, 2014 |
| ALLSTATE INSURANCE COMPANY, and DOES 1 through 50, inclusive, ) ) ) | |
| Defendants. ) ) | |

17    Pursuant to the Joint Status Report and Stipulation of the parties *(Doc. 30)*, the Court

18 **ORDERS**:

19    1.    The time in which the parties are to file their settlement disposition documents

20          pursuant to Local Rule 160(b), or a Joint Status Report, is hereby extended from

21          September, 14, 2015 to November 13, 2015;

22    2.    A Status Conference is reset in this action on December 7, 2015 at 2:00 p.m. in

23          Courtroom 5 (WBS) before Senior Judge William B. Shubb, and shall be

24          automatically vacated upon the submission of a stipulated dismissal by the

25          parties.

26 IT IS SO ORDERED.

27 Dated:  September 15, 2015            _____
                                          WILLIAM B. SHUBB
28                                        UNITED STATES DISTRICT JUDGE

                                    1