# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN M. DUTRA, as Trustee for the Estate of David Carl Biggs,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 1:14-CV-01304<br><br>**ORDER EXTENDING TIME TO FILE SETTLEMENT DISPOSITION DOCUMENTS**<br><br>Complaint Filed:　　August 14, 2014 |

Pursuant to the Joint Status Report and Stipulation of the parties *(Doc. 33)*, the Court **ORDERS**:

1. The time in which the parties are to file their settlement disposition documents pursuant to Local Rule 160(b), or a Joint Status Report, is hereby extended from November 13, 2015 to January 13, 2016;

2. The Status Conference which is currently scheduled for December 7, 2015 at 2:00 p.m. shall be continued to **February 1, 2016 at 1:30 p.m.** in Courtroom 5 (WBS) before Senior Judge William B. Shubb, and shall be automatically vacated upon the submission of a stipulated dismissal by the parties.

IT IS SO ORDERED.

**Dated:  November 13, 2015**

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 43364 10th Street West, Lancaster, California 93534.

On November 13, 2015 I served the foregoing document described as **[PROPOSED] ORDER EXTENDING TIME TO FILE SETTLEMENT DISPOSITION DOCUMENTS** as follows:

| | |
|---|---|
| Peter H. Klee, Esq.<br>Marc J. Feldman, Esq.<br>Sheppard, Mullin, Richter & Hampton, LLP<br>501 West Broadway, 19th Floor<br>San Diego, CA 92101-3595<br>Telephone: (619) 338-6500<br>Facsimile: (619) 234-3815<br>Email: pklee@sheppardmullin.com<br>     mfeldman@sheppardmullin.com | Counsel for Defendant Allstate Insurance Company |

[ X ]   **ELECTRONIC SERVICE as follows:** I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants identified on the above Service List.

Executed on November 13, 2015, at Lancaster, California.

[ X ]   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                                    */s/  Sommer Jordan*
                                    Sommer Jordan