# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN M. DUTRA, as Trustee for the Estate of David Carl Biggs,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:14-cv-01304-WBS-JLT<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>The Hon. William B. Shubb<br><br>Complaint Filed:   August 14, 2014 |

Based upon the stipulation and joint request of the parties, and good cause appearing, the Court dismisses this action with prejudice, with each side to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  December 11, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE